1 | **Tammy Hussin (155290)**
2 | **WEISBERG & MEYERS, LLC**
3 | **6455 Pyrus Pl.**
4 | **Carlsbad, CA 92011**
5 | **760 676 4001**
6 | **866 565 1327 facsimile**
thussin@AttorneysForConsumers.com
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE NOTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **DIANA TRAN** | ) Case No. 3:09-cv-00749 EMC |
| | ) |
| **Plaintiff,** | ) **NOTICE OF SETTLEMENT** |
| | ) |
| vs. | ) |
| | ) (Assigned to the Honorable Edward M. Chen) |
| **BAY AREA CREDIT SERVICE, LLC** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

NOW COME THE PARTIES by and through their attorneys to respectfully notify this Honorable Court that this case has settled. A Stipulation to Dismiss and Order will be forthcoming. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 21st day of May, 2009

By: s/Tammy Hussin
Tammy Hussin (155290)
WEISBERG & MEYERS, LLC
Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 21st day of May, 2009, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Magistrate Judge Edward M. Chen
Northern District California District Court
450 Golden Gate Ave.
Courtroom C, 15th Floor
San Francisco CA 94102

Andrew Steinheimer
Ellis Coleman Poirier La Voie & Steinheimer, LLP
555 University Avenue, Suite 200
Sacramento CA 95825

This 21st day of May, 2009.

<u>s/Tremain Davis</u>
Tremain Davis