IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA TRAN, | No. C-09-0749 MMC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| BAY AREA CREDIT SERVICE, LLC, | |
| Defendant. | |

The parties having advised the Court that they have agreed to a settlement of the above-titled action,

IT IS HEREBY ORDERED that plaintiffs' claims be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

This order is without prejudice to the subsequent filing of a dismissal or other documentation relevant to the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: May 28, 2009

MAXINE M. CHESNEY
United States District Judge