Tammy Hussin (155290)
WEISBERG & MEYERS, LLC
6455 Pyrus Pl.
Carlsbad, CA 92011
760 676 4001
866 565 1327 facsimile
thussin@AttorneysForConsumers.com
**Attorney for Plaintiff**

UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DIANA TRAN** | Case No. 3:09-cv-00749 EMC |
| **Plaintiff,** | **JOINT REQUEST TO DISMISS WITH PREJUDICE**; ORDER THEREON |
| vs. | |
| **BAY AREA CREDIT SERVICE, LLC** | (Assigned to the Honorable Edward M. Chen) |
| **Defendant.** | |

NOW COME THE PARTIES by and through their attorneys to respectfully notify this Honorable Court that the parties hereby stipulate and agree that the aforesaid action be dismissed with prejudice without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Respectfully submitted this 17th day of July 2009.

By: s/Tammy Hussin
Tammy Hussin
WEISBERG & MEYERS, LLC
Attorney for Plaintiff

By: s/Andrew Steinheimer
Andrew Steinheimer
Ellis Coleman Poirier La Voie & Steinheimer, LLP
Attorney for Defendant

Filed electronically on this 17th day of July 2009, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Magistrate Judge Edward M. Chen
Northern District California District Court
450 Golden Gate Ave.
Courtroom C, 15th Floor
San Francisco CA 94102

Andrew Steinheimer
Ellis Coleman Poirier La Voie & Steinheimer, LLP
555 University Avenue, Suite 200
Sacramento CA 95825

This 17th day of July 2009.

s/Tremain Davis
Tremain Davis

Dated: July 28, 2009



IT IS SO ORDERED
Judge Maxine M. Chesney